

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARTIN L. HARRIS,

                                MEMORANDUM AND ORDER

            Plaintiff,                              CV 07-1866

        -against-                              (Wexler, J.)

COUNTY OF NASSAU, VILLAGE OF
HEMPSTEAD, VILLAGE OF HEMPSTEAD
POLICE DEPARTMENT, ASSISTANT
DISTRICT ATTORNEY ANTHONY CIACCIO,
DETECTIVE JAMES HENDRY, DETECTIVE
GERARD GIAMBRUNO, OFFICER EDWARD
A. MATALONE,

            Defendants.
----------------------------------------------------------------X
APPEARANCES

    MARTIN L. HARRIS
    Plaintiff Pro Se

    LORNA B. GOODMAN, ESQ., NASSAU COUNTY ATTORNEY
    BY: RALPH J. REISSMAN, ESQ., DEPUTY COUNTY ATTORNEY
    Attorney for Defendants
    One West Street
    Mineola, New York 11501

WEXLER, District Judge

       In a Memorandum and Order dated September 29, 2008, this court granted Defendants' motions to dismiss. The court issues this order to make clear that the September 29, 2008 Memorandum and Order grants the motions of all Defendants to dismiss the Second Amended Complaint herein.

SO ORDERED.

                                                        LEONARD D. WEXLER
                                                        UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
         October 2, 2008