MARTIN .L HARRIS
120 LAWSON STREET
HEMPSTEAD NY 11550

07cv1866- LDW

Dear .Judge .Wexler

Mr. Wexler consel responded to the letter and said that they don't think that the case should be reopen with out new finding. Well counsel is wrong about this one.Your there was no reports from the detective on doing any founding of me even doing this crime. Please sir  I am asking u for help because I don't see a person doing time for nothing. So I need u to make this call because its just not right .My case number is 04 1866. all of my witness is ready to go . I still want to do this myself. Ive spoken to a lawyer and he said that consel should have sent me something to say that the case is close.SO with that in mind  its not untimely if I did not no anything like this was going to happen.. I thank that I earn at least for a juror to hear my side since nobody else would

                                    Thank You
                                    Martin Harris

Martin L. Harris
120 Lawson Street
Hempstead, NY 11550

Leonard D. Wexler
United States District Judge
PO Box 9014
Central Islip, NY 11722-9014