CV07-1866

FILED
U.S. DISTRICT COURT E.D.N

LONG ISLAND OFFICE

Dear ...Judge Wexler

This is martin harris writing to let u no that I send u a letter and u didn't respond about my case being reopen. I don't think its fair or right for a person to spend time in the county jail for something that I could nt have done. But nobody will nt let me show that I did nt did it and its ashame that the consel is supporting this bad judgement. I thought the laws are put in order to help people in my case I guess it don't apply to me. If no respond to this letter I guess ill find a way to get my case reopen. Like I said before this case needs to be reopen the town and Nassau owes me big and they are nt trying to pay .

\

Martin Harris

This court has previously denied plaintiff's motion to re-open this case. Plaintiff is directed to stop filing papers in this matter.

SO ORDERED

Central Islip, NY.
11/23/10

Martin L. Harris
20 Lawson Street
Hempstead, NY 11550

Leonard D. Wexler
United States District Judge
Po Box 9014
Central Islip, NY 11722-9014